

**CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

CELGENE CORPORATION,

        Plaintiff,

v.

SYNTHON PHARMACEUTICALS INC.,
SYNTHON B.V., SYNTHON S.R.O., and
ALVOGEN PINE BROOK LLC,

        Defendants.

Civil Action No. 18-10775 (ES)(MAH)
Civil Action No. 19-9737 (ES)(MAH)

(Filed Electronically)

---

## CONSENT JUDGMENT

Plaintiff Celgene Corporation ("Celgene") and Defendants Synthon Pharmaceuticals Inc., Synthon B.V., Synthon S.R.O., and Alvogen Pine Brook LLC (collectively, "Synthon"), the parties in the above-captioned action, hereby stipulate and consent to entry of judgment and an injunction in this action as follows:

IT IS this 13th day of May 2019:

ORDERED, ADJUDGED, AND DECREED as follows:

1. This Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties for purposes of this action only, including as set forth below in Paragraph 6 of this Consent Judgement.

2. As used in this Consent Judgment, the term "Synthon ANDA Product" shall mean a drug product manufactured, imported, sold, offered for sale, marketed, or distributed pursuant to Abbreviated New Drug Application No. 210232 in or for the United States of America, including its territories, possessions, and the Commonwealth of Puerto Rico.

3.  As used in this Consent Judgment, the term "Patents-in-Suit" shall mean U.S. Patent Nos. 8,198,262; 8,673,939; 8,735,428; 8,828,427; 9,993,467; 10,093,647; 10,093,648; and 10,093,649.

4.  Until expiration of the Patents-in-Suit, Synthon, including any of its successors and assigns, is enjoined from infringing the Patents-in-Suit, on its own part or through any third party on its behalf, by making, having made, using, selling, offering to sell, importing, or distributing of the Synthon ANDA Product in or for the United States of America, including its territories, possessions, and the Commonwealth of Puerto Rico, unless and to the extent otherwise specifically authorized by Celgene, and is further enjoined from assisting or cooperating with any third parties in connection with any infringement of the Patents-in-Suit by any such third parties in connection with making, having made, using, selling, offering to sell, importing, or distributing of any pomalidomide-containing drug product that references NDA 204026 in or for the United States of America, including its territories, possessions, and the Commonwealth of Puerto Rico, unless and to the extent otherwise specifically authorized by Celgene.

5.  Compliance with this Consent Judgment may be enforced by Celgene and its respective successors in interest or assigns.

6.  This Court retains jurisdiction to enforce the terms of this Consent Judgment and to enforce and resolve any disputes related thereto.

7.  All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

8. Nothing herein prohibits or is intended to prohibit Synthon from maintaining any "Paragraph IV Certification" pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) or pursuant to 21 C.F.R. § 314.94(a)(12) with respect to the Patents-in-Suit.

9. Nothing herein restricts or is intended to restrict the U.S. Food and Drug Administration from approving Abbreviated New Drug Application No. 210232 or the Synthon ANDA Product.

_____
Hon. Esther Salas, U.S.D.J.

We hereby consent to the form and entry of this Judgment:

Dated: May 9, 2019

By: s/ Charles M. Lizza
Charles M. Lizza
William C. Baton
Saul Ewing Arnstein & Lehr, LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey 07102-5426
(973) 286-6700

*Attorneys for Plaintiff
Celgene Corporation*

By: s/ Tedd W. Van Buskirk
Paul H. Kochanski
Tedd W. Van Buskirk
Aaron S. Eckenthal
LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
(908) 654-5000

*Attorneys for Defendants
Synthon Pharmaceuticals Inc., Synthon
B.V., Synthon S.R.O., and Alvogen Pine
Brook LLC*